UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHALAYNE E. JOHNSON,<br><br>                Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>                Defendant. | CASE NO. 3:15-cv-05597 JRC<br><br>ORDER ON STIPULATED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES AND FOR COSTS |

      This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 7). This matter is before the Court on plaintiff's Stipulated Motion for Equal Access to Justice Act Fees, Costs and Expenses (*see* Dkt. 19).

      Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), the stipulation of the parties (*see* Dkt. 19), plaintiff's petition and the attorney declaration and time, expense and costs itemizations (Dkt. 19, Attachment 1), and the relevant record, it is hereby ORDERED that

1   EAJA attorney's fees of $7,173.56 and expenses in the amount of $5.64, shall be awarded to
2   plaintiff pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010
3   U.S. LEXIS 4763 at ***6-***7 (2010).

4       It is further ORDERED that costs in the amount of $9.60 shall be awarded to plaintiff
5   pursuant to 28 U.S.C. § 1920.

6       The Acting Commissioner shall contact the Department of Treasury after the Order for
7   EAJA fees, expenses and costs is entered to determine if the EAJA fees, expenses and costs are
8   subject to any offset. If it is determined that plaintiff's EAJA fees, expenses and costs are not
9   subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then
10  the check for EAJA fees shall be made payable to Rosemary B. Schurman, Esq., based on
11  plaintiff's assignment of these amounts to plaintiff's attorney. If there is an offset, the remainder
12  shall be made payable to plaintiff, based on the practice of the Department of the Treasury (*see*,
13  *e.g.,* Case No. 2:15-cv-122, Dkt. 22, p. 4). Any check for EAJA fees, expenses and costs shall be
14  mailed to plaintiff's counsel, Rosemary B. Schurman, Esq., at 8123 NE 115 Way, Kirkland, WA
15  98034.

16      Dated this 17th day of March, 2016.

                                                          J. Richard Creatura
                                                          United States Magistrate Judge